# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### BECKLEY DIVISION

JAMIE RAMSEY,

                Plaintiff,

v.                                       CIVIL ACTION NO. 5:17-cv-01374

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                Defendant.

## MEMORANDUM OPINION AND ORDER

On February 24, 2017, the Plaintiff filed her *Complaint for Review of the Decisions of the Commissioner of Social Security* (Document 2) in this matter. Subsequently filed, on August 9, 2018, was the *Plaintiff's Brief in Support of Complaint and Motion for Remand* (Document 19). By *Standing Order* (Document 4) entered on February 27, 2017, this action was referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).

On March 12, 2019, the Magistrate Judge submitted a *Proposed Findings and Recommendation* (Document 21) wherein it is recommended that the final decision of the Commissioner be affirmed, the *Plaintiff's Brief in Support of Complaint and Motion for Remand*

be denied, and this matter be dismissed from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by March 29, 2019.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*. The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that districts courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the final decision of the Commissioner be **AFFIRMED**, the *Plaintiff's Brief in Support of Complaint and Motion for Remand* (Document 19) be **DENIED**, and this matter be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Tinsley, counsel of record, and any unrepresented party.

ENTER: April 2, 2019

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA